# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01137-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 14) |

On November 29, 2023, Defendant filed a stipulated motion for a thirty (30) day extension of time to respond to Plaintiff's motion for summary judgment to explore settlement options in this action. (ECF No. 14.) The Court finds good cause to grant the extension of time of the deadline from December 1, 2023 to January 2, 2024. This is the parties' first request for a modification of the scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 5) is GRANTED;
2. Defendant shall have until **January 2, 2024**, to respond to Plaintiff's motion for summary judgment; and

///

///

///

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **November 30, 2023**

UNITED STATES MAGISTRATE JUDGE