# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HUNTER, | Case No. 1:23-cv-01137-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Defendant. | |

Douglas Hunter ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On December 1, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings. (ECF No. 16.) Pursuant to the stipulation, the Commissioner will further develop the record as necessary on remand, offer Plaintiff the opportunity for a new hearing, and issue a new decision. (Id. at 2.) The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (Id.) The Court finds good cause to grant the parties' stipulated request.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Douglas Hunter, and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 1, 2023**

UNITED STATES MAGISTRATE JUDGE